UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN CARLOS VARGAS-HERNANDEZ,<br><br>                Petitioner,<br>    v.<br>MERRICK GARLAND in his official capacity as Attorney General; ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; ANDRE QUINONES, Acting ICE Field Office Director,<br><br>                Respondents. | Case No. CV 22-436 MWF (KES)<br><br>Agency No.: A92434343<br><br>ORDER TO SHOW CAUSE |

The Court, having reviewed the Petition for Writ of Habeas Corpus (Docket No. 1) and the Petitioner's Motion for Temporary Restraining Order (Docket No. 2), and exhibits in support thereof, HEREBY ORDERS:

1. Respondents temporarily stay Petitioner's removal from the United States.
2. Respondents shall file their Opposition to the Motion for Temporary Restraining Order no later than January 26, 2022; and
3. All counsel shall appear before this Court on January 28, 2022, at 10:00 a.m. to show cause why the relief sought in the Motion for Temporary Restraining Order should not be granted.  See http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald for Zoom instructions/login.

IT IS SO ORDERED.

Dated:  January 21, 2022

                                                MICHAEL W. FITZGERALD
                                                United States District Judge

cc:  AUSA Jennifer Jacobs, jennifer.jacobs3@usdoj.gov